## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Eric Boyce, being first duly sworn, hereby depose and state as follows:

### A.    Introduction & Agent Experience

1.    I submit this affidavit to establish probable cause to believe that on or about July 29, 2024, in the District of Vermont, the defendant, Todd Hoyte, knowingly and willfully did transmit in interstate commerce from the United States Virgin Islands (U.S.V.I.), to the State of Vermont, communications, specifically voicemails to Doug DiSabito, and the communications contained a threat to injure Doug DiSabito, specifically that defendant Hoyte was going to kill Doug DiSabito, in violation of 18 U.S.C. § 875(c).

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the Burlington, Vermont office of the FBI, which is part of the Albany, New York Division. I have been a Special Agent with the FBI since 2007. I am responsible for investigating cases involving a variety of criminal violations, including fraud, interstate threats, federal civil rights violations, and other offenses. I have been the affiant for numerous federal warrants pertaining to violations of the United States Code. As a Special Agent, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the U.S. Code.

### B.    Sources of Information

3.    The facts set forth in this affidavit are based on my personal observations and knowledge and may also be based on: (a) my training and experience, (b) information obtained from other individuals participating in the investigation, (c) reports and/or business records, (d) witness statements, and (e) communications with other individuals who have personal knowledge of the events and circumstances described herein. Since this affidavit is being

submitted for the limited purpose of establishing probable cause, I have not included in this affidavit every detail of the investigation. Rather, I have set forth facts that I believe are sufficient to establish probable cause for the issuance of a criminal complaint. Unless specifically indicated otherwise, any conversations and statements described in this affidavit are related in substance and in part only.

**C.    Vermont State Police Investigation Into Threatening Phone Calls**

4.    On July 30, 2024, Grand Isle County State's Attorney (GICSA) Doug DiSabito contacted the Vermont State Police (VSP) to report three recent threatening voicemail messages left by Todd Hoyte between July 16, 2024, and July 30, 2024. Hoyte is a defendant in an active domestic assault case currently being prosecuted by GICSA DiSabito. During the pendency of Hoyte's case, he retained an attorney. However, that attorney withdrew from Hoyte's case on or about June 20, 2024.  At present, Hoyte is not represented by counsel.

5.    Law enforcement obtained copies of the voicemails that were intended for GICSA DiSabito. To date, GICSA DiSabito has received more than ten voicemails from Hoyte. Those voicemails included the following communications:

6.    On July 29, 2024, at 11:45 p.m., a voicemail was left from phone number (340) 725-8384. The voicemail was received in the Vermont Department of Public Service (DPS) voicemail box: "My name is Todd Hoyte. I'm trying to reach attorney. Whatever he is, that queer fuck Doug DiSabito States Attorney. I'm representing myself. I haven't got a call back from you. You're a fucking punk, mother fucker state's attorney and your days are numbered mother fucka. Peekaboo. You're gonna see mother fucker you want to fuck with my life. I'm gonna fucking take yours. You'll see, you cocksucker." This message was retrieved by an employee at DPS. I have reviewed this voicemail and I believe the substance of this transcription is accurate. Based on the content of the communication, I believe the voicemail was left by the defendant, Todd Hoyte. I

further believe that Hoyte made this communication for the purpose of issuing a threat, or with knowledge that the communication would be viewed as a threat to GICSA Doug DiSabito.

7.      On August 7, 2024, at 2:08 p.m., a voicemail was left from phone number (340) 725-8384. The voicemail was left for the GICSA. "What's going on? Todd Hoyte here. When you're done fucking me over, let me know, OK? Because I'm gonna start fucking you over brotha. Ok? You fucking fat piece of shit. You made an attempt on my life as I see it. So I'm gonna return the favor to you. I'm chasing your job brother. I'm chasing your job. I want your job. I want you working at Dunkin' Donuts with a little skirt like you belong, OK? You are a hunk of shit, scum bag lying maggot. OK? And you're an abomination to the judicial system, alright? I've just about had it with you and your fucking system up there. So, we're going to change things up in Vermont. You're not going to like it, I'll promise you that." I have reviewed this voicemail and I believe the substance of this transcription is accurate. Based on the content of the communication, I believe the voicemail was left by the defendant, Todd Hoyte. I further believe that Hoyte made this communication for the purpose of issuing a threat, or with knowledge that the communication would be viewed as a threat to GICSA Doug DiSabito.

8.      Between July 16, 2024, and August 8, 2024, the defendant left approximately seven voicemails for GICSA Doug DiSabito. While most of the communications reference Hoyte's pending case, others included derogatory and homophobic language directed at GICSA Doug DiSabito. For example, on July 29, 2024, Hoyte left a voicemail in the DPS voicemail box and stated, "My name is Todd Hoyte. I'm trying to reach attorney, whatever he is, that queer fuck Doug DiSabito." In others, Hoyte expressed his hatred for GICSA Doug DiSabito stating, for example on August 5, 2024, in a message left on GICSA Doug DiSabito's mailbox at the GICSA Office: "Yeah, Doug, Todd Hoyte here. My number is 340-725-8384 I've been waiting for a phone call from you for two weeks. Obviously, you're a fucking coward punk as we all know you are. I'm

3

gonna be honest with you, man. You you bit off more than you can chew with me mother fucka because I'm not letting this go, OK? I don't give a fuck who you know or what protection act you're protected under or what not. You made a fucking mistake fucking charging me maliciously…I promise you justice is coming as sure as the next snowstorm is coming in Vermont, justice is coming to your fat ass. OK, you fucked over the wrong person. I don't give a flying fuck. You know how much I fucking hate you. I hate you more than Adolph Hitler. Goodbye asshole."

9.      Most recently, between September 25, 2024, and present, Hoyte has left at least six more voicemails for GICSA Doug DiSabito. In one of communications, made on or about September 25, 2024, Hoyte tells GICSA DiSabito, among other things, "I hope somebody kills you."

10.     All of the previously described communications were received by GICSA Doug DiSabito and or DPS in the District of Vermont.

**D.      Investigation into Telephone Number (340) 725-8384**

11.     In August 2024, I sent a subpoena for records relating to telephone number (340) 725-8384. The service provider for the phone number is Viya. The records I obtained in response to the Viya subpoena indicated that the service started July 22, 2024, and the subscriber was Todd Hoyte, with an address of Compass Point, St. Thomas, VI 00802.  The email address associated with the account was listed as toddhoyte@icloud.com. Based on this information, I determined that Hoyte was the holder of telephone number (340) 725-8384, as he stated on the previously referenced voicemails that he left for GICSA Doug DiSabito. I further concluded that Todd Hoyte was located in the U.S.V.I. based on the subscriber information which indicates that Hoyte used an address in St. Thomas, VI.

12.     In connection with the investigation, law enforcement obtained historical location information for telephone number (340) 725-8384 pursuant to 18 U.S.C. § 2702(c)(4) due to the

4

potential danger of death to GICSA Doug DiSabito based on Hoyte's threats. Viya provided telephone records to FBI with location information for telephone (340) 725-8384. A member of FBI analyzed the location information for the telephone which indicated that from July 22, 2024, through August 7, 2024, the phone was located in the U.S.V.I. and that all of the phone calls to GICSA originated in St. Thomas. FBI also determined that there was no roaming activity associated with the phone number, which led a member of FBI to conclude that the device with telephone number (340) 725-8384 was not located in the Continental United States.

13.    Thus, I believe the aforementioned voicemails were sent using interstate commerce as they originated outside of the State of Vermont.

**E.    Further Investigation into Hoyte Demonstrates Hoyte is Located in the U.S.V.I.**

14.    On August 6, 2024, VSP Detective Angela Baker spoke with Evan and Christina Davis. Evan is the son of Todd Hoyte's girlfriend. Christina is Evan's wife. They advised that the last they heard, Todd Hoyte was located in the Caribbean. Evan said he thought they were most likely in St. Thomas. Evan recently sent a new cell phone to his mother. She asked him to send it to her former Grand Isle, Vermont address so it would be forwarded to her new address, which is unknown to him. He spoke with his mother a couple of days prior when she was using Todd's cell phone. Evan provided the phone number she was calling from as (340) 725-8384. He advised they went to the Virgin Islands because Todd wanted to buy a couple of boats and open an Airbnb. Evan said he did not think Todd had any intention of coming back to Vermont. They also advised they did not think either Todd or his wife had the financial means to be flying back and forth between Vermont and the Virgin Islands.

15.    On August 20, 2024, the GICSA advised me that Todd Hoyte called the Vermont judiciary that day to update his mailing address. The address Hoyte provided was 4605 Tutu Park Mall – Suite 133 – PMB, St. Thomas, VI 00802. According to online mapping services, this is a

shopping center 3.6 miles from the Compass Point Marina in St. Thomas, VI. As previously mentioned, the address of record from Hoyte's telephone provider is Compass Point, St Thomas, VI 00802.

16.    This information bolsters my belief that Hoyte sent the July 29, 2024, and August 7, 2024, voicemails to GICSA Doug DiSabito from the U.S.V.I.

**F.    Conclusion**

17.    Based on the information contained in this Affidavit, probable cause exists to believe that that on or about July 29, 2024, in the District of Vermont, the defendant, Todd Hoyte, knowingly and willfully did transmit in interstate commerce from the United States Virgin Islands, to the State of Vermont, communications, specifically voicemails to GICSA Doug DiSabito, and the communications contained a threat to injure GICSA Doug DiSabito, specifically that defendant Hoyte was going to kill GICSA Doug DiSabito, in violation of 18 U.S.C. § 875(c).

Dated at Burlington, in the State of Vermont, this _____ day of October, 2024.

ERIC BOYCE, Special Agent
Federal Bureau of Investigation

Attested and sworn to before me by reliable electronic means on this _15th_ day of October, 2024.

HONORABLE KEVIN J. DOYLE
United States Magistrate Judge
District of Vermont

6