**District Court of the Virgin Islands**
**District of the Virgin Islands (St. Thomas Division)**
**CRIMINAL DOCKET FOR CASE #: 3:25-mj-00026-RAM-GAT-1**

Case title: USA v. HOYTE                                    Date Filed: 04/01/2025

Assigned to: Chief Judge
Robert A. Molloy
Referred to: US Magistrate
Judge G. Alan Teague

**Defendant (1)**

**TODD HOYTE**                 represented by    **Kia Danielle Sears**
                                                 FEDERAL PUBLIC DEFENDER
                                                 OFFICE
                                                 1803 KONGENS GADE
                                                 ST THOMAS, VI 00802
                                                 340-774-4449
                                                 Fax: 340-776-7683
                                                 Email: kia_sears@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Matthew A. Campbell**
                                                 Office of the Federal Public
                                                 Defender
                                                 1336 Beltjen Road
                                                 Suite 202
                                                 St. Thomas, VI 00802
                                                 340-774-4449
                                                 Email: matt_campbell@fd.org
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Public Defender*
                                                 *or Community Defender*
                                                 *Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                                    represented by     **Delia L. Smith**
U.S. Attorney
Federal Building & U.S.
Courthouse
5500 Veterans Drive
Suite 260
St. Thomas, VI 00802
340-774-5757
Fax: 340-776-3474
Email: delia.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US*
*Attorney/Assistant*
*U.S.Attorney*

**Natasha Baker**
DOJ-USAO
Criminal Division
Ron De Lugo federal Building
5500 Venterans Drive., Suite
260
Charlotte Amalie, VI 00802
340-715-9407
Email: natasha.baker@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US*
*Attorney/Assistant*
*U.S.Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2025 | 1 | Rule 5(c)(3) Documents Received as to TODD HOYTE (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3) (AO) (Entered: 04/01/2025) |
| 04/01/2025 | | Attorney update in case as to TODD HOYTE. Attorney Delia L. Smith and Natasha Baker for USA added. (AO) (Entered: 04/01/2025) |
| 04/01/2025 | 2 | ORDER (EAH) APPOINTING FEDERAL PUBLIC DEFENDER as to TODD HOYTE dated 4/1/2025. (AO) (Entered: 04/01/2025) |
| 04/01/2025 | 3 | NOTICE OF HEARING: Detention Hearing and Preliminary Examination set for 4/3/2025 at 02:00 PM in STT Courtroom 2 before US Magistrate Judge Emile A. Henderson III. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (AO) (Entered: 04/01/2025) |
| 04/02/2025 | 4 | NOTICE OF ATTORNEY APPEARANCE: Kia Danielle Sears appearing for TODD HOYTE (Sears, Kia) (Entered: 04/02/2025) |
| 04/02/2025 | 5 | Emergency MOTION for Extension of Time to File *Motion for Detention* by USA as to TODD HOYTE. (Attachments: # 1 Text of Proposed Order) (Baker, Natasha) (Entered: 04/02/2025) |
| 04/02/2025 | 6 | ORDER (EAH) dated 4/2/2025 granting in part and denying in part 5 Emergency Motion for Extension of Time to File Motion for Detention as to TODD HOYTE. The Government shall file its Motion for Detention by 9:00 p.m. on April 2, 2025. (RDB) (Entered: 04/02/2025) |

| 04/02/2025 | 7 | MOTION for Detention by USA as to TODD HOYTE. (Attachments: # 1 Exhibit a, # 2 Exhibit b, # 3 Exhibit c, # 4 Exhibit d, # 5 Exhibit e, # 6 Exhibit f, # 7 Exhibit g, # 8 Exhibit h, # 9 Exhibit i, # 10 Exhibit j) (Baker, Natasha) (Entered: 04/02/2025) |
| --- | --- | --- |
| 04/04/2025 | 8 | MOTION to Transfer by USA as to TODD HOYTE. (Attachments: # 1 Text of Proposed Order) (Baker, Natasha) (Entered: 04/04/2025) |
| 04/04/2025 | 9 | ORDER (EAH) dated 4/4/2025 granting 7 Motion for Detention as to TODD HOYTE (1). (RDB) (Entered: 04/04/2025) |
| 04/04/2025 | 10 | ORDER (EAH) FINDING PROBABLE CAUSE as to TODD HOYTE dated 4/4/2025. (AO) (Entered: 04/04/2025) |
| 04/04/2025 | 11 | COMMITMENT TO ANOTHER DISTRICT (EAH) as to TODD HOYTE. Defendant committed to District of Vermont dated 4/4/2025. (AO) (Entered: 04/04/2025) |