U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2025 APR 17 PM 2:36

CLERK

BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-CV-40-1 |
| | ) | |
| TODD HOYTE, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about July 29, 2024, and continuing through on or about September 25, 2024, in the District of Vermont and elsewhere, the defendant, TODD HOYTE, with the intent to harass and intimidate another person, used electronic communication services and electronic systems of interstate commerce, and other facilities of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, to wit, HOYTE engaged in a campaign of harassment, intimidation, and threats against Victim-1, who worked in Vermont, including by sending harassing, threatening, and intimidating voice messages from outside of Vermont to Victim-1's work phone, Victim-1's voicemail box, and the voicemail box of the Vermont Department of Public Service.

(18 U.S.C. § 2261A(2)(B))

## COUNT TWO

On or about July 29, 2024, in the District of Vermont and elsewhere, the defendant

TODD HOYTE, knowingly and willfully transmitted in interstate commerce a communication

containing a threat to injure Victim-1.

(18 U.S.C. § 875(c))

A TRUE BILL

FOREPERSON

MICHAEL P. DRESCHER (JAO/ZBS)
Acting United States Attorney
Burlington, Vermont
April 17, 2025