UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,            )
                                     )
            v.                       )       Case No. 2:25-cr-00040-mkl
                                     )
TODD HOYTE,                          )
            Defendant.               )

## INDEX OF EXHIBITS

Exhibit A:     Transcript of Voicemail - Bates 000024.

Exhibit B:     Transcript of Voicemail - Bates 000025.

Exhibit C:     Transcript of Voicemail - Bates 000026.

Exhibit D:     Transcript of Voicemail - Bates 000012.

Exhibit E:     Transcript of Voicemail - Bates 000032.

Exhibit F:     Transcript of Voicemail - Bates 000027.

Exhibit G:     Transcript of Voicemail - Bates 000033.

Exhibit H:     Transcript of Voicemail - Bates 000034.

Exhibit I:     Transcript of Voicemail - Bates 000006.

Exhibit J:     Transcript of Voicemail - Bates 000007.

Exhibit K:     Transcript of Voicemail - Bates 000014.

Exhibit L:     Transcript of Voicemail - Bates 000015.

Exhibit M:     Transcript of Voicemail - Bates 000017.

Exhibit N:     Transcript of Voicemail - Bates 000019.