EXHIBIT

**A**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA    )
                            )
            v.              )
                            )   Case No. 2:25-cr-00040-mkl-1
TODD HOYTE                  )
                            )

Voicemail Recording

File Name: 000024.m4a

As recorded on

July 16 @ 9:35 a.m.

Janice D. Badeau
AAERT Certified Electronic Transcriber (CET**D-665)
17 Beacon Street
Barre Vermont 05641
janicedbadeau@yahoo.com
(802)272-4624

(Voicemail commenced at 9:35 a.m.)

AUTOMATED MESSAGE:  -- a message.

MR. HOYTE:  Yeah, Mr. DiSabito.  I'd call you attorney, but you're not an attorney to me, so.

This is Todd Hoyte.  I'm calling to see what's going on with the case -- cases -- the malicious ones that you brought up on me.  I'm representing myself now, so you can call me and deal with me, my friend.  Okay?

So we got a deposition we got to plan.  I got to come back to Vermont and do a deposition, I guess, with you in your office with Cathy Moulton (ph.).  So I figured you and I can set this up, and I will fly back to Vermont.  We can do this.

I'm not accepting any dismissal from your office, so you can tuck that one up your ass.  No dismissal.  I want to go to trial.  I want a trial date. I'm going to beat the cases, then I'm going to see your ass off for what you've done to me and my wife, to Kaydell.  So yeah, you're a rotten bastard, so you know.

But anyway, you can give me a call back and we can talk cordially about this case that you pinned on me or cases that you pinned on me because you don't like me. And anyway, 802-393-5503.  Have a -- have some kind of a day.

AUTOMATED MESSAGE:  Received July 16th at 9:35

a.m.   To repeat --

(Recording concluded)

CERTIFICATE

I, Janice D. Badeau, do hereby certify that the foregoing is a true and accurate transcription, to the best of my ability, from an electronic sound recording in the above-entitled matter.



July 29, 2025

_____        _____

Janice D. Badeau                                       DATE

    Certified Electronic Transcriber CET**D-665